HARRIS R. CHILDS et al., Copartners under the Firm Name of CHILDS, PARR & JOSEPH, Respondents, *v.* C. E. RILEY COMPANY, Appellant.

*Contract — sale — action to recover for breach of contract of sale — defense of Statute of Frauds.*

*Childs* v. *Riley Co.*, 203 App. Div. 895, affirmed.

(Argued April 25, 1923; decided May 11, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 29, 1922, affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover for breach of two alleged contracts for the sale of cotton sheetings. The answer was a general denial and set up as a separate defense the Statute of Frauds.

*Frederick N. Van Zandt* and *Richard H. McIntyre* for appellant.

*James Allison Kelly* and *William Henry Corbitt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.